ORIGINAL

FILED 2007 OCT -1 PM 4:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK FORREST COHN,<br><br>  Defendant. | No. CR 07-07 01104<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. § 1343: Wire Fraud; 18<br>U.S.C. § 2(b): Causing an Act to<br>be Done] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 371, 2(b)]

A.  OBJECT OF THE CONSPIRACY

1.  Beginning no later than December 1999, and continuing through at least October 2002, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARK FORREST COHN ("COHN") and others known and unknown to the United States Attorney, unlawfully combined, conspired, confederated, and agreed to commit the following offenses against the United States:

a.	To violate Title 18, United States Code, Section 1341 (Mail Fraud), by knowingly and with the intent to defraud executing and participating in a scheme to defraud investors as to a material matter, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, by use of the mail and private and commercial interstate carriers;

	b.	To violate Title 18, United States Code, Section 1343 (Wire Fraud), by knowingly and with the intent to defraud executing and participating in a scheme to defraud investors as to a material matter, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, by use of interstate wires; and

	c.	To violate Title 18, United States Code, Section 1956(a)(1)(A)(i)(Promotional Money Laundering), by knowingly conducting financial transactions involving the proceeds of specified unlawful activity, namely, mail fraud and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and with the intent to promote the carrying on of such specified unlawful activity.

B.	MANNER AND MEANS OF THE CONSPIRACY

	2.	Defendant COHN and his co-conspirators, together with others known and unknown to the United States Attorney, in Los Angeles County, within the Central District of California, accomplished and attempted to accomplish the objects of the

conspiracy in the following manner and by the following means, among others:

      a.   From approximately December 1999 through October 2002, in Los Angeles County, within the Central District of California, defendant COHN and his co-conspirators raised approximately $45 million from investors in Four Star Financial Services ("Four Star") for what were purported to be "telephone arbitrage" investments, numbered Arbitrages 1-8.

      b.   Some of these invested funds were wired from accounts outside California to accounts inside California or mailed by investors to persons and businesses controlled by defendant, including Four Star and FSF, based on material misrepresentations made or caused to be made by defendant COHN and his co-conspirators to such investors.

      c.   Among other things, defendant COHN and his co-conspirators knowingly and falsely represented to investors in Arbitrages 1-8 by e-mail, telephone, and use of the mails that invested funds would be used to purchase telephone arbitrage contracts when in truth and fact defendant and his co-conspirators then and there well knew that invested funds would not be used for that purpose.

      d.   This false representation regarding how invested funds would be used was material to investors.

      e.   In addition, defendant COHN and his co-conspirators used proceeds (i.e., investors' funds), which defendant knew had been obtained through wire fraud and mail fraud, to conduct financial transactions to promote the carrying on of additional wire fraud and mail fraud.

f.  The total amount of investor losses associated with Arbitrages 1-8 is approximately $19,733,956.

C.  OVERT ACTS

3.  In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendant COHN committed the following overt acts within the Central District of California to defraud investors in Four Star:

Overt Act 1:  On or about October 12, 2001, defendant COHN caused an investor, F.L.T., to wire $2,000,000 from his Bankers Trust Company account in New York (Account # xxx611) to an associate's (M.A.W.L.T.'s) Citibank account (Account # xxxxx0060) in Los Angeles, California, based on COHN's promise that the $2,000,000 would be used to purchase telephone arbitrage contracts as part of Arbitrage 5.

Overt Act 2:  On or about October 15, 2001, defendant COHN caused to be wired $1,998,000 from M.A.W.L.T.'s Citibank account to another associate's (L.A.C.E.'s) bank account (Branch Banking & Trust Bank Account # xxxxx4056).

Overt Act 3:  On or about October 15, 2001, defendant COHN caused a $1,995,000 wire to be sent from L.A.C.E.'s bank account to FSF, LLC's bank account (Comerica Account # xxxxxx8977).

Overt Act 4:  In or about October, 2001, defendant COHN caused the $1,995,000 wired from L.A.C.E.'s bank account to FSF, LLC's Comerica bank account, to be falsely classified as Arbitrage 4 income on Four Star's ledger and reported to investors as income.

## COUNT II

[18 U.S.C. §§ 1343, 2(b)]

4. The United States Attorney hereby incorporates by reference and re-alleges paragraphs 1 through 3 of this Information, as though fully set forth herein.

A. SUMMARY OF THE WIRE FRAUD

5. On or about October 12, 2001, defendant MARK FORREST COHN and others known and unknown to the United States Attorney, in Los Angeles County, within the Central District of California, committed wire fraud in violation of Title 18, United States Code, Section 1343, in that defendant COHN knowingly devised, participated in, and executed a scheme to defraud investors in Four Star Financial Services, and to obtain money by means of false and fraudulent pretenses, representations, and promises, and the concealment of material facts, which scheme is described in paragraphs 1 through 3 above.

B. USE OF THE WIRES

6. On or about October 12, 2001, in Los Angeles County, within the Central District of California, and elsewhere, defendant COHN, in furtherance of the scheme described in paragraphs 1 through 3 above, knowingly caused an investor, F.L.T., to wire $2,000,000 from his Bankers Trust Company account in New York (Account # xxx611) to M.A.W.L.T.'s Citibank account (Account # xxxxx0060) in Los Angeles, California, based on COHN's

//

//

1  false promise that the $2,000,000 would be used to purchase
2  telephone arbitrage contracts as part of Arbitrage 5.

GEORGE S. CARDONA
United States Attorney

*Daniel A. Goodman, Deputy Chief,*
*Criminal Division, FOR:*

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


EVAN J. DAVIS
Assistant United States Attorney
Tax Division